PROB 12C
(7/93)

Report Date: March 29, 2012

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Augustine Herrera-Villa          Case Number: 2:07CR02007-001

Address of Offender: Incarcerated at the Eloy Detention Center, Eloy, Arizona

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 10/01/2008

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 36 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: 05/12/2011 |
| Defense Attorney: | TBD | Date Supervision Expires: 05/11/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number          Nature of Noncompliance

      1          **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

      **Supporting Evidence**: The defendant illegally reentered the United States without permission on or about March 15, 2012.

      According to the United States Immigration and Customs Enforcement (ICE), the defendant was deported to Mexico on May 16, 2011, at Brownsville, Texas, and has not obtained legal permission to reenter the United States.

      On March 15, 2012, a boarder patrol agent encountered three individuals, one being identified as the defendant, walking through the open desert. Upon questioning, the defendant stated he entered the United States through the international boundary fence near Lukeville, Arizona, on March 11, 2012. The defendant further stated he was a Mexican National and that he did not possess proper immigration documents allowing him to be in the United States legally.

Prob12C
Re:  Herrera-Villa, Augustine
**March 29, 2012**
**Page 2**

The defendant was arrested and remains detained at the Eloy Detention Center in Eloy, Arizona, under the name Felix Barrera Sanchez. It is unknown at this time if the defendant will be charged with a new criminal offense of alien in United States after deportation.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/29/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[x ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer
4/9/12

Date